| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Leighton, Ronald B | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>4/21/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>1717 Pacific Avenue<br>Tacoma, WA 98402-3241 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 4/21/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Burgess & Fitzer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 4/21/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 4/21/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCT #2 | | | | | | | | | |
| 2. -Alberto Culver Co (common) | A | Dividend | J | T | | | | | |
| 3. -Boeing Co. (common) | A | Dividend | J | T | | | | | |
| 4. -Bristol-Myers Squibb Co. (common) | A | Dividend | J | T | | | | | |
| 5. -Cisco Systems (common) | | None | K | T | | | | | |
| 6. -Conocophillips (common) | A | Dividend | J | T | | | | | |
| 7. -Corning Inc. (common) | A | Dividend | J | T | | | | | |
| 8. -CSX Corp. (common) | A | Dividend | K | T | | | | | |
| 9. -Intel Corp. (common) | A | Dividend | K | T | | | | | |
| 10. -Whirlpool | A | Dividend | J | T | | | | | |
| 11. -Sprint Nextel Comm | A | Dividend | J | T | | | | | |
| 12. -Qwest Comm. (common) | | None | J | T | | | | | |
| 13. - AT&T | A | Dividend | J | T | | | | | |
| 14. -Verizon Comm. (common) | A | Dividend | | | Sold | 1/9 | J | A | |
| 15. -Wash Mutual Inc. (common) | A | Dividend | J | T | | | | | |
| 16. -Kinder Morgan Energy Partners | C | Dividend | K | T | | | | | |
| 17. -Briggs & Stratton Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Leighton, Ronald B | 4/21/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Agere Systems (now LSI Corp) | | None | J | U | Merged | 42/21 | J | | Merged into LSI Corp. |
| 19.  -Alcatel Lucent | A | Dividend | J | T | | | | | |
| 20.  -Embarq Corp. | A | Dividend | J | T | | | | | |
| 21.  -General Growth Prop. | A | Dividend | K | T | | | | | |
| 22.  -Sally Beauty Holdings | | None | J | T | | | | | |
| 23.  -Idearc Inc. | A | Dividend | J | T | Purchased | 3/15 | J | | |
| 24.  -Schlumberger Ltd | A | Dividend | K | T | Purchased | 12/17 | K | | |
| 25.  BROKERAGE ACCT #3 (Y) | | | | | | | | | See Part VIII |
| 26.  INVESTMENT CLUB | E | Dividend | N | T | | | | | |
| 27.  -Bed Bath & Beyond | | | | | Sold | 11/2 | K | | |
| 28.  -Best Buy | | | | | | | | | |
| 29.  -Home Depot | | | | | Sold | 7/17 | K | | |
| 30.  -Microsoft Corp. | | | | | | | | | |
| 31.  -Proctor & Gamble | | | | | | | | | |
| 32.  -Starbucks | | | | | | | | | |
| 33.  -Viacom | | | | | Sold | 10/6 | J | | |
| 34.  -Honda Motor Co. | | | | | Sold | 2/5 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 4/21/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -CVS Corp. | | | | | | | | | |
| 36. -Dupont (EI) De Nemou | | | | | Sold | 12/7 | K | B | |
| 37. -Ingersoll-Rand Co. | | | | | Sold | 1/5 | K | B | |
| 38. -Motorola Inc. | | | | | Sold | 5/7 | J | | |
| 39. -Apple Computer | | | | | | | | | |
| 40. -Amgen Co. | | | | | Sold | 10/5 | K | | |
| 41. -China Mobile Ltd. | | | | | | | | | |
| 42. -Stryker Corp. | | | | | | | | | |
| 43. -Bank of America | | | | | Purchased | 2/5 | K | | |
| 44. -Hartford Financial | | | | | Purchased | 12/7 | K | | |
| 45. -3M Company | | | | | Purchased | 12/7 | K | | |
| 46. BROKERAGE ACCT. #4 | | | | | | | | | |
| 47. -Bristol-Myers (common) | A | Dividend | J | T | | | | | |
| 48. -Chevron Texaco Corp. (common) | A | Dividend | K | T | | | | | |
| 49. -Intl Business Machines (common) | A | Dividend | K | T | | | | | |
| 50. -Microsoft Corp. (common) | A | Dividend | K | T | | | | | |
| 51. -Nokia Corp. (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 4/21/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -Strattee Security (common) | A | Dividend | J | T | | | | | |
| 53.   -Vodafone Group (common) | A | Dividend | K | T | | | | | |
| 54.   -Zimmer Holdings (common) | | None | J | T | | | | | |
| 55.   -Centennial Money Market | B | Int./Div. | K | T | | | | | |
| 56.   BROKERAGE ACCT. 5 | | | | | | | | | |
| 57.   -Centennial Money Market | E | Int./Div. | O | T | | | | | |
| 58.   -Boeing Company (common) | A | Dividend | K | T | | | | | |
| 59.   -Columbia Banking System (common) | A | Dividend | J | T | | | | | |
| 60.   -Intel Corp. (common) | A | Dividend | J | T | | | | | |
| 61.   -Schlumberger (common) | A | Dividend | K | T | | | | | |
| 62.   -Transocean (common) | | None | J | T | | | | | |
| 63.   -New Perspective Mutual Fund | A | Dividend | K | T | | | | | |
| 64.   -Oppenheimer Main Str Mutual Fund | | None | | | Sold | 4/10 | K | A | |
| 65.   -Wash Mutual Investors Fund | A | Dividend | K | T | | | | | |
| 66.   -Proctor & Gamble | A | Dividend | J | T | | | | | |
| 67.   -Russell Frank Inv. Co. (mutual fund) | D | Dividend | N | T | | | | | |
| 68.   -Intermountain Pwr Agy Utah Pwr Supply Revenue Series A | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 4/21/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -Pierce Cty WA Sch Dist Sumner 320 Bond | A | Dividend | K | T | | | | | |
| 70.   -Chisholm Creek Util. | A | Dividend | K | T | | | | | |
| 71.   -Montgomery Al School Bond | A | Dividend | K | T | | | | | |
| 72.   -SF CA City & Cty AMBAC | A | Dividend | K | T | | | | | |
| 73.   -Indiana Bond Bank Rev | A | Dividend | K | T | | | | | |
| 74.   -Glouchester Cty NJ IMPT | A | Dividend | K | T | | | | | |
| 75.   -Emerald Coast FL Utils | B | Dividend | K | T | | | | | |
| 76.   -Wash Cty UT Sales | B | Dividend | K | T | | | | | |
| 77.   BROKERAGE ACCT. 6 | | | | | | | | | |
| 78.   -Cisco Systems (common) | | None | J | T | | | | | |
| 79.   Dell Computer Corp. (common) | | None | J | T | | | | | |
| 80.   BROKERAGE ACCT. 7 (Y) | | | | | | | | | See Part VIII |
| 81.   SCHWAB MONEY MARKET FUND | C | Dividend | L | T | | | | | |
| 82.   - Federated Muni Oppt (common) | | | | | | | | | |
| 83.   - Electronic Data Sys (common) | | | | | | | | | |
| 84.   - Kimberly-Clark (common) | | | | | | | | | |
| 85.   - Adobe Systems Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 4/21/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Proctor & Gamble (common) | | | | | | | | | |
| 87.  - Qualcomm Inc. (common) | | | | | | | | | |
| 88.  - Qwest Comm (common) | | | | | | | | | |
| 89.  - AT&T Inc. | | | | | | | | | |
| 90.  - Starbucks (common) | | | | | | | | | |
| 91.  - Time Warner | | | | | | | | | |
| 92.  - Verizon Comm (common) | | | | | Sold | 1/9 | J | | |
| 93.  - AIM Health Sciences Fund | | | | | | | | | |
| 94.  - DWS Global Thematic (formerly Scudder Global) | | | | | | | | | |
| 95.  - DWS Int'l Fund (formerly Scudder Intl Fund | | | | | | | | | |
| 96.  - Neenah Paper Inc. | | | | | | | | | |
| 97.  -Idearc Inc. | | | | | Purchased | 3/15 | J | | |
| 98.  BURGESS FITZER PS 401K PS PLAN TRUST | | None | N | T | | | | | |
| 99.  Evansville Retirement Residence Ltd. Partnership | | | | | Sold | 3/8 | N | G | |
| 100.  US Bank, Tacoma, WA | A | Int./Div. | J | T | | | | | |
| 101.  Vanguard Windsor II (Y) | | | | | | | | | See Part VIII |
| 102.  Vanguard Windsor II | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Columbia Acorn Fund-Z (Y) | | | | | | | | | See Part VIII |
| 104. Columbia Acord Fund-Z | | None | L | T | | | | | |
| 105. Columbia Acorn International Fund-Z | | None | K | T | | | | | |
| 106. Eoscene Series A Preferred | | None | K | T | | | | | |
| 107. Eoscene Series B Preferred | | None | J | T | | | | | |
| 108. Nine Audio Technologies | A | Dividend | J | T | | | | | |
| 109. Dreyfus Midcap Value Fund | | None | K | T | | | | | |
| 110. IRA #4 | | None | | | Closed | 11/6 | P1 | | |
| 111. - A.G. Edwards Cash & Money Fund | | | | | Transferred | 11/6 | J | | See Part VIII |
| 112. - Capital Income Bldr Fund | | | | | Transferred | 11/6 | M | | See Part VIII |
| 113. - Capital World Growth & Income Fund | | | | | Transferred | 11/6 | M | | See Part VIII |
| 114. - Fundamental Investors (MF) | | | | | Transferred | 11/6 | M | | See Part VIII |
| 115. - Growth Fund America (MF) | | | | | Transferred | 11/6 | L | | See Part VIII |
| 116. - Income Fund of America (MF) | | | | | Transferred | 11/6 | M | | See Part VIII |
| 117. - Investment Company America (MF) | | | | | Transferred | 11/6 | M | | See Part VIII |
| 118. - New World Fund (MF) | | | | | Transferred | 11/6 | M | | See Part VIII |
| 119. - Smallcap World Fund (MF) | | | | | Transferred | 11/6 | L | | See Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 4/21/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  IRA NO. 5 | | None | | | Closed | 11/6 | P1 | | |
| 121.  - Centennial Money Market | | | | | Transferred | 11/6 | J | | See Part VIII |
| 122.  - Capital Income Builder | | | | | Transferred | 11/6 | K | | See Part VIII |
| 123.  - Capital World Growth | | | | | Transferred | 11/6 | J | | See Part VIII |
| 124.  - Fundamanetal Invrs | | | | | Transferred | 11/6 | K | | See Part VIII |
| 125.  - Growth Fund America | | | | | Transferred | 11/6 | J | | See Part VIII |
| 126.  - Income Fund of America | | | | | Transferred | 11/6 | K | | See Part VIII |
| 127.  - Inves. Co. America | | | | | Transferred | 11/6 | J | | See Part VIII |
| 128.  - New World Fund | | | | | Transferred | 11/6 | J | | See Part VIII |
| 129.  - Smallcap World Fund | | | | | Transferred | 11/6 | J | | See Part VIII |
| 130.  BROKERAGE ACCT. 9 | | | | | | | | | |
| 131.  - Borders Group Inc. | A | Dividend | J | T | | | | | |
| 132.  IRA NO. 6 (X) | | None | PI | T | Opened | 11/6 | P1 | | |
| 133.  - Capital Income Bldr Fund | | | | | Transferred | 11/6 | M | | See Part VIII |
| 134.  - Capital World Growth & Income Fund | | | | | Transferred | 11/6 | M | | See Part VIII |
| 135.  - Fundamental Investors (MF) | | | | | Transferred | 11/6 | M | | See Part VIII |
| 136.  - Growth Fund America (MF) | | | | | Transferred | 11/6 | L | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 4/21/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Income Fund of America (MF) | | | | | Transferred | 11/6 | M | | See Part VIII |
| 138. - Investment Company America (MF) | | | | | Transferred | 11/6 | M | | See Part VIII |
| 139. - New World Fund (MF) | | | | | Transferred | 11/6 | M | | See Part VIII |
| 140. - Smallcap World Fund (MF) | | | | | Transferred | 11/6 | L | | See Part VIII |
| 141. - Tamarack Invt Fds Prime | | | | | Purchased | 11/6 | J | | |
| 142. -Riverside Natl Bank | | | | | Purchased | 11/6 | L | | |
| 143. -Discover BK Greenwood | | | | | Purchased | 11/6 | L | | |
| 144. -First Business Bank | | | | | Purchased | 11/6 | L | | |
| 145. -Choice Finl Group | | | | | Purchased | 11/6 | L | | |
| 146. -Magnet Bk Salt Lake City | | | | | Purchased | 11/6 | L | | |
| 147. -Goldman Sachs BK USA | | | | | Purchased | 11/6 | L | | |
| 148. IRA NO. 7 (X) | | None | P1 | T | Opened | 11/6 | P1 | | |
| 149. - Centennial Money Market | | | | | Transferred | 11/6 | J | | See Part VIII |
| 150. - Capital Income Builder | | | | | Transferred | 11/6 | K | | See Part VIII |
| 151. - Capital World Growth | | | | | Transferred | 11/6 | J | | See Part VIII |
| 152. - Fundamanetal Invrs | | | | | Transferred | 11/6 | K | | See Part VIII |
| 153. - Growth Fund America | | | | | Transferred | 11/6 | J | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,00; - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 4/21/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Income Fund of America | | | | | Transferred | 11/6 | K | | See Part VIII |
| 155. - Inves. Co. America | | | | | Transferred | 11/6 | J | | See Part VIII |
| 156. - New World Fund | | | | | Transferred | 11/6 | J | | See Part VIII |
| 157. - Smallcap World Fund | | | | | Transferred | 11/6 | J | | See Part VIII |
| 158. -Tamarack Invt Fds Prime | | | | | Purchased | 11/6 | J | | |
| 159. Els III Ltd. Partnership (X) | | | | | Purchased | 3/15 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 4/21/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The assets listed in Part VII Lines 25, 80, 101 and 103 are not reported this year because they belong to ███████████████████████ as defined by the statute.

The assets listed in Part VII Lines 111-119 were transferred to IRA #6.

The assets listed in Part VII Lines 121-129 were transferred to IRA #7.

The assets listed in Part VII Lines 133-140 were transferred from IRA #4.

The assets listed in Part VII Lines 149-157 were transferred from IRA #5.

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 4/21/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544